In the Court as set by Article 3 of the Constitution for the United States of America which court is set for:

## district court of the United States
## FOR THE WESTERN DISTRICT OF NEW YORK

---

Daniel J. Wik
    c/o non-domestic
    659 Averill Avenue; near:
    Rochester, New York

**Plaintiff,**

v.

Donald R. Kunego
    46 Kaymar Drive
    Bergen, New York 14416

**Defendant:**

PROOF OF SERVICE

**CASE NO:6:11–cv-06205-CJS**

---

## PROOF OF SERVICE

I, Daniel J. Wik, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that I am at least 18 years of age, and that I personally served the following document(s):

### FRCP 26(a)(1) INITIAL DISCLOSURE

by depositing the same properly and securely enclosed in a sealed wrapper one true and correct copy of said document(s) in a post-office box regularly maintained by the United States, and under the care of the post office at Rochester, New York on the 15th of August 2011, with first class postage prepaid and properly addressed to each of the following:

    Lippman O'Connor

    300 Olympic Towers

300 Pearl Street

Buffalo, NY 14202

Att: Robert H. Flynn

                              Daniel J. Wik,

                              _____

                              Plaintiff without representation
                              in propria persona
                              c/o non-domestic
                              659 Averill Avenue
                              Rochester, New York
                              (585)-957-5902