```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

DANIEL J. WIK,

        Plaintiff(s),        ORDER
    v.                                11-CV-6205CJS

DONALD R. KUNEGO, in his personal
and individual capacity,

        Defendant(s).

    Plaintiff has filed a Motion for Subpoena and Enlargement of Depositions. (Docket # 13). Defendant's response to the motion shall be filed on or before October 12, 2011. Any reply shall be filed on or before October 27, 2011. This motion will be deemed submitted without oral argument on October 27, 2011.

SO ORDERED.

                                        /s/ Jonathan W. Feldman
                                        JONATHAN W. FELDMAN
                                  United States Magistrate Judge

Dated: September 12, 2011
Rochester, New York