**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

DANIEL J. WIK,

       Plaintiff(s),         ORDER
   v.                              11-CV-6205CJS

DONALD R. KUNEGO, in his personal
and individual capacity,

       Defendant(s).

---

    Plaintiff has filed a Motion to Compel, Motion for Sanctions and a Motion for Extension of Time to Complete Discovery. (Docket # 16). Defendant's response to the motion shall be filed on or before October 24, 2011. Any reply shall be filed on or before November 8, 2011. This motion will be deemed submitted without oral argument on November 8, 2011.

SO ORDERED.

                                   /s/ Jonathan W. Feldman
                                    JONATHAN W. FELDMAN
                               United States Magistrate Judge

Dated: September 23, 2011
Rochester, New York