# ORIGINAL

1

```
 1
 2   - - - - - - - - - - - - - - - - - - - - - - - - -
     DANIEL JOSEPH WIK,
 3            Claimant,

 4   v.

 5
     DONALD CUNNINGHAM in his official, individual,
 6   and human capacity, BARRY MILLER in his official,
     individual, and human capacity, HUGH McCARTNEY in
 7   his official, individual, and human capacity,
     RACHAEL MILLSPAUGH in her official, individual,
 8   and human capacity, JOSEPH NENNI in his official,
     individual, and human capacity, MICHELE SMITH in
 9   her official, individual, and human capacity,
     DONALD KUNEGO in his alleged official,
10   individual, and human capacity, ROBERT
     SWAPCEINSKI in his alleged official, individual,
11   and human capacity,
              Respondents.
12   - - - - - - - - - - - - - - - - - - - - - - - - -

13   50(h) Hearing in the Above-Titled Matter

14   Sworn Testimony of:

15                    Donald Joseph Wik

16
     Location:        Bergen Town Hall
17                    10 Hunter Street
                      Bergen, New York 14416
18

19   Date:            January 19, 2011

20
     Time:            10:00 a.m.
21

22   Reported By:     JENNIFER A. MINNEHAN

23                    Alliance Court Reporting, Inc.

24                    183 Main Street East, Suite 1500

25                    Rochester, New York 14604
```

**ALLIANCE**
COURT REPORTING, INC.

*Video Conferencing and Videography Center*

585.546.4920    www.alliancecourtreporting.net    800.724.0836



```
 1              DANIEL JOSEPH WIK - BY MR. FLYNN
 2              If you need to take a break at any time,
 3   you can do that.  I just ask that you answer any
 4   question that is pending before we engage in a break.
 5        A.    Okay.
 6        Q.    And if you don't understand my question,
 7   let me know; I'll rephrase it.  Otherwise, I'll assume
 8   that you both heard and understood it.  Fair enough?
 9        A.    Yes.
10        Q.    I'll start with some background
11   information on you and then we'll get to the
12   allegations contained in your Notice of Claim.
13              Do you still live at 659 Averill Avenue?
14        A.    Since there's pending litigation, I'm
15   going to choose not to be compelled to be a witness
16   against myself by answering that.  I will receive all
17   correspondence there.
18        Q.    Mr. Wik, this is a 50(h) Hearing, which
19   you've elected to record on your own, which is fine.
20   But you are compelled to answer questions that are put
21   to you.
22              You instigated this action with the Notice
23   of Claim.  Pursuant to General Municipal Law, you'll
24   answer all questions that are pertinent to your Notice
25   of Claim.
```

```
 1            DANIEL JOSEPH WIK - BY MR. FLYNN
 2            So your address, could you state for the
 3    record?
 4       A.   I receive mail care of 659 Averill Avenue,
 5    Rochester, New York.
 6       Q.   What does that mean?
 7       A.   That is the place that I receive all of my
 8    correspondence at.
 9       Q.   Where do you reside?
10       A.   Please define the word "reside."
11       Q.   Where do you live?
12       A.   Please define the word "live."
13       Q.   Where do you go to bed at night?
14       A.   Various locations.
15       Q.   Such as?
16       A.   Erie County, Monroe County, Genesee
17    County.
18       Q.   I need addresses.
19       A.   I don't know all the addresses.
20       Q.   Okay.  Give me some.
21       A.   Can I use a laptop to pull up the
22    addresses?
23       Q.   You may have documents that might refresh
24    your recollection, but I need to know strictly what is
25    the basis of your recollection.  I only want to know
```