## Robert Flynn

**From:** webmaster@nywd.uscourts.gov
**Sent:** Monday, September 19, 2011 2:21 PM
**To:** Courtmail@nywd.uscourts.gov
**Subject:** Activity in Case 6:11-cv-06205-CJS -JWF Wik v. Kunego Rule 26 Disclosure

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. DISTRICT COURT

## U.S. District Court, Western District of New York

### Notice of Electronic Filing

The following transaction was entered by Flynn, Robert on 9/19/2011 at 2:20 PM EDT and filed on 9/19/2011
**Case Name:** Wik v. Kunego
**Case Number:** 6:11-cv-06205-CJS -JWF
**Filer:** Donald R. Kunego
**Document Number:** 15

**Docket Text:**
**RULE 26 DISCLOSURE by Donald R. Kunego.(Flynn, Robert)**


**6:11-cv-06205-CJS -JWF Notice has been electronically mailed to:**

Robert H. Flynn    robert.flynn@selective.com

**6:11-cv-06205-CJS -JWF Notice has been delivered by other means to:**

Daniel J. Wik
659 Averill Avenue
Rochester, NY 14607

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1042579058 [Date=9/19/2011] [FileNumber=1999074-0
] [98cb1a97d53361e0973a22f36789814ff7519bb6f4b3d9ddbf25edab0ae6a2121ed

1