## Robert Flynn

| | |
|---|---|
| **From:** | webmaster@nywd.uscourts.gov |
| **Sent:** | Thursday, September 22, 2011 11:27 AM |
| **To:** | Courtmail@nywd.uscourts.gov |
| **Subject:** | Activity in Case 6:11-cv-06205-CJS -JWF Wik v. Kunego Motion to Compel |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. DISTRICT COURT

### U.S. District Court, Western District of New York

### Notice of Electronic Filing

The following transaction was entered on 9/22/2011 at 11:27 AM EDT and filed on 9/16/2011
**Case Name:**     Wik v. Kunego
**Case Number:**   6:11-cv-06205-CJS -JWF
**Filer:**         Daniel J. Wik
**Document Number:** 16

**Docket Text:**
**MOTION to Compel, MOTION for Sanctions, MOTION for Extension of Time to Complete Discovery by Daniel J. Wik.(JHF)**

**6:11-cv-06205-CJS -JWF Notice has been electronically mailed to:**

Robert H. Flynn   robert.flynn@selective.com

**6:11-cv-06205-CJS -JWF Notice has been delivered by other means to:**

Daniel J. Wik
659 Averill Avenue
Rochester, NY 14607

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1042579058 [Date=9/22/2011] [FileNumber=2002583-0