UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL J. WIK,<br><br>                        Plaintiff,<br><br>           -vs-<br><br>DONALD R. KUNEGO,<br><br>                        Defendant. | **RESPONSE TO PLAINTIFF'S REQUEST FOR DOCUMENTS**<br><br>Index No. 11 CV 6205 |

Defendant, DONALD R. KUNEGO, by and through his attorneys, LIPPMAN O'CONNOR,

responds to Plaintiff's Request for Documents as follows:

## GENERAL OBJECTION

The Defendant, DONALD R. KUNEGO objects to these requests to the extent that they call for the

production of "any", "all" or "each" of a category of documents or information.  Such requests place an

impossible burden on this defendant which is far beyond that imposed by the FRCP.  It is impossible to

represent, even after a diligent search, that all, each and every document or thing falling within a description can

be or has been located.  Documents may be kept in a myriad of locations or files.  Many people may have

handled them.  They may have been moved frequently and may have been arranged, rearranged or reordered.

Documents may have been lost or may have been part of materials disposed of in accordance with a record

retention program.  Individuals with discrete knowledge relative to the existence or storage of documents may

have left their employment, taking that knowledge with them.  Therefore, DONALD R. KUNEGO cannot

warrant or represent that he has produced each or all of every document or thing of a type requested, only that it

has produced those which it could locate after a reasonably diligent search.  Any further requirement is objected

to as unduly burdensome.   Notwithstanding the foregoing objection the following responses are provided.

1.   The Bergen Town Clerk has already provided to the Plaintiff any and all oaths and

bond/information.  Upon information and belief, the Defendant does not possess any other responsive

documents.

2.  Attached hereto as **Exhibit A** are copies of training certificates for the Hon. Donald R. Kunego for the years of 2008, 2009 and 2010.

3.  Defendant is not in possession of any responsive documents.

4.  The Defendant will supplement this response should any responsive documents be discovered.

5.  The Defendant will supplement this response should any responsive documents be discovered.

6.  Defendant is not in possession of any responsive documents.

7.  Defendant is not in possession of any responsive documentation.  Upon information and belief, all employees are covered under blanket bond, and we are not aware of a resolution referenced in your request.

8.  Attached hereto as **Exhibit B** is a copy of the 2010 Justice Court Summary.

9.  Defendant is not in possession of any documentation beyond those documents attached to this pleading.

10. Defendant is not in possession of any responsive documents.

11. None.

12. Responsive records have been provided to Plaintiff via Defendant's Response to Plaintiff's Request for Documents in Case No. 11 CV 6220 CJS (Wik v. Swapceinski).

13. A copy of the Court's file for Case No. 10070055 is attached as **Exhibit C**.  There is also an audio file on disc that has been previously disclosed to the Plaintiff.

14. Defendant is not in possession of any responsive documents.

15. Defendant is not in possession of any responsive documents.

Dated:  Buffalo, New York
        January 24, 2012

                              LIPPMAN O'CONNOR

                              By:  /s/  Robert H. Flynn, Esq.
                              Robert H. Flynn, Esq.
                              *Attorneys for Defendant*
                              300 Olympic Towers
                              300 Pearl Street
                              Buffalo, New York 14202
                              (716) 854-4705
                              Robert H. Flynn@Selective.com

TO:     Daniel J. Wik
        *Pro Se Plaintiff*
        c/o non-domestic
        659 Averil Avenue
        Rochester, New York 14416

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DANIEL J. WIK,                                    **CERTIFICATE OF SERVICE**

                Plaintiff

                           Civ No.:  11 CV 6205

    vs.

DONALD R. KUNEGO,

              Defendant

---

       I hereby certify that on January 26, 2012, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case.

       And I hereby certify that a true copy of the Response to Plaintiff's Request for Documents was mailed by the United States Postal Service to the following non-CM/ECF participants:

    TO:    Daniel J. Wik
           Pro Se Plaintiff
           c/o non-domestic
           659 Averil Avenue
           Rochester, New York 14416

                                        LIPPMAN O'CONNOR

                                        /s/Robert H. Flynn
                                        Attorney for Defendant
                                        300 Olympic Towers
                                        300 Pearl Street
                                        Buffalo, New York 14202
                                        Telephone No.:  (716) 854.4705
                                        robert.flynn@selective.com