New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

COPY

1A480567SP

To be completed by Police Officer and given to Motorist

POLICE AGENCY: NEW YORK STATE POLICE
Local Police Code

| Field | Value |
|---|---|
| Last Name (Defendant) | WIK |
| First Name | DANIEL |
| M.I. | J |
| Number and Street | PO BOX 20822 |
| Apt No | |
| Photo Lic Shown | |
| City | ROCHESTER |
| State | NY |
| Zip Code | 14602 |
| Owner Oper. | ● |
| Lic. Class | D |
| Client ID Number | 280073176 |
| Sex | M |
| Date Expires | 01/07/2013 |
| Lic. State | NY |
| Date of Birth | 01/07/1972 |
| Veh Type | 1 |
| Year | 1999 |
| Make | PONT |
| Color | BR |
| Plate Number | ECY2267 |
| Reg State | NY |
| Registration Expires | |

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Field | Value |
|---|---|
| Time | 8:11 PM |
| Date of Offense | 07/27/2010 |
| In Violation of | NYS V AND T LAW |
| Section Sub Section | 306B |
| T. Inf / Misd / Felony | T. Inf ● |
| MPH | |
| MPH Zone | |
| Description of Violation | UNINSPECTED MOTOR VEHICLE - 02/10 |
| US DOT# | |
| Comm Veh / Bus / Haz Mat | |
| Place of Occurrence | BUFFALO RD. |
| C/T/V Name | BERGEN, TOWN OF - 1858 |
| County | GENESEE |

AFFIRMED UNDER PENALTY OF PERJURY

(Officer's Signature)

Officer's Last Name: PITZ

JAMES

Radar Officer's Signature

THIS MATTER IS SCHEDULED TO BE HANDLED AT THE APPEARANCE DATE BELOW

BERGEN TOWN COURT

10 HUNTER ST ... [illegible]

BERGEN

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

TO PLEAD BY MAIL
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period. Instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

Residing at

I have been charged with the Violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury.

Date Signed

SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION [illegible] PROVIDED YOU REQUEST SUCH [illegible] WITHIN THIRTY [illegible] DAYS [illegible] APPEARANCE [illegible] TICKET [illegible] REQUEST [illegible] SUPPORTING DEPOSITION

Yes No

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED: NO ●
SPEEDING (Gen 101)
GENERAL (Gen 101A)

Signature

Address

City State Zip Code

[illegible] Not Guilty plea within 48 hours. The court will notify you [illegible] your appearance date.

APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW

Name of Parent or Guardian

Address

City State Zip Code

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1 7 (4/02)

1A480567SP

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

**1A480566SP**

To be completed by Police Officer and given to Motorist

POLICE AGENCY: NEW YORK STATE POLICE
Local Police Code

| Last Name(Defendant) | First Name | M.I. |
|---|---|---|
| WIK | DANIEL | J |

Number and Street: PO BOX 20822 | Apt. No. | Photo Lic Shown: C

City: ROCHESTER | State: NY | Zip Code: 14602 | Owner Oper.: ◉ | Lic. Class: D

Client ID Number: 290073176 | Sex: M | Date Expires: 01/07/2013

Lic. State: NY | Date of Birth: 01/07/1972 | Veh. Type: 1 | Year: 1999 | Make: PONT | Color: BR

Plate Number: ECY2267 | Reg State: NY | Registration Expires

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

Time: 8:11 PM | Date of Offense: 07/27/2010 | In Violation of: NYS V AND T LAW

Section Sub Section: 1180D | Traf. ◉ Misd. ○ Felony ○ | MPH: 48 | MPH Zone: 30

Description of Violation: SPEED IN ZONE

US DOT

CDL ○ Ver ○ Bus ○ Haz Mat ○

Place of Occurrence: BUFFALO RD

C/T/V Name: BERGEN, TOWN OF - 1883 | County: GENESEE

AFFIRMED UNDER PENALTY OF PERJURY

(Officer's Signature)

Officer's Last Name: PITZ | JAMES

Radar Officer's Signature

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

BERGEN TOWN COURT

10 HUNTER ST / POB 249

BERGEN

◉ RETURN BY MAIL BEFORE OR IN PERSON ON
○ MUST APPEAR IN PERSON

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

**COPY**

TO PLEAD BY MAIL
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period. Instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, residing at

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the [illegible] and request that this charge be disposed of and a fine or [illegible] fixed by the court.

Additionally, I make the following statement of explanation (optional).

All statements are made under penalty of perjury.

Dated: Signed:

SECTION B - PLEA OF NOT GUILTY

[illegible] if the police officer did not issue you a supporting [illegible] YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION [illegible] CHARGES PROVIDED YOU REQUEST SUCH [illegible] WITHIN THIRTY (30) DAYS [illegible] TO THE COURT [illegible] TICKET [illegible] SUPPORTING DEPOSITION

Yes ○ No ○

SUPPORTING DEPOSITION PROVIDED [illegible] TICKET WAS ISSUED: NO ○ SPEED (Gen 1) ◉ GENERAL (Gen 1A) ○

Signature

Address

City State Zip Code

[illegible] within 48 hours. The court will notify [illegible] of your appearance date.

APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian:

Address

City State Zip Code

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU

UTD-1 7 (4/02)

1A480566SP

# SUPPORTING DEPOSITION / CPL 710.30 NOTICE TO SUPPORT SIMPLIFIED TRAFFIC INFORMATION LOCAL CRIMINAL COURT




COUNTY OF **GENESEE**

**STATE OF NEW YORK**
**THE PEOPLE OF THE STATE OF NEW YORK**
**VS**
**DANIEL J. WIK**

UTT NUMBER **1A480566SP**

Officer **JAMES PITZ** of the **New York State Police**

a Police Officer and the Complainant alleges that the Defendant committed a violation of

1. (Law/Section/Subsection) **VTL1180 0D 0I0**
2. Description of Violation **SPEED IN ZONE**
3. Date **07/27/2010** Time **08:11:00 P** C/T/V of **TOWN OF BERGEN**
4. Vehicle Year **1999** Make **PONT** Color **BR** License Plate No. **ECY2267** State **NY**
5. General Direction of Travel by Defendant **WEST**
6. Highway (Type/Name) **2 / BUFFALO RD.**
7. Defendant's Speed **48 MPH** in a **30 MPH** Zone
8. Charge based on Officer's **Direct observation**
9. Speed Verified by **RADAR** Model **STALKER DUAL**
10. Additional Information

    **VISUAL 45 NO TRAFFIC**

**TO THE ABOVE NAMED DEFENDANT:**

PLEASE TAKE NOTICE THAT PURSUANT TO SECTION 710.30(1)(A) OF THE CRIMINAL PROCEDURE LAW, THE PEOPLE INTEND TO OFFER AT A TRIAL OF THE ABOVE ENTITLED ACTION EVIDENCE OF A STATEMENT MADE BY YOU ON 07/27/2010 AT 08:11:00 P AT BUFFALO RD., To Officer Name JAMES PITZ a public servant

IN WHICH YOU SUBSTANTIALLY STATED AS FOLLOWS:

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK

**Affirmed Under Penalty of Perjury**
07/27/2010

[signature]

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

1A480569SP

To be completed by Police Officer and given to Motorist

POLICE AGENCY: NEW YORK STATE POLICE
Local Police Code

| Last Name(Defendant) | First Name | M.I. |
|---|---|---|
| WIK | DANIEL | J |

Number and Street: PO BOX 20822 | Apt. No. | Photo Lic Shown

City: ROCHESTER | State: NY | Zip Code: 14602 | Owner Oper. | Lic. Class: D

Client ID Number: 280073176 | Sex: M | Date Expires: 01/07/2013

Lic. State: NY | Date of Birth: 01/07/1972 | Veh Type: 1 | Year: 1999 | Make: PONT | Color: BR

Plate Number: ECY2267 | Reg State: NY | Registration Expires

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

Time: 8:11 PM | Date of Offense: 07/27/2010 | IN VIOLATION OF: NYS V AND T LAW

Section Sub Section: 5098 | Traf / Misd / Felony | MPH | MPH Zone

Description of Violation: FLD/NOTIFY DMV CHANGE OF ADDRESS

US DOT#

CDL Veh | Bus | Haz Mat

Place of Occurrence: BUFFALO RD.

C/T/V Name: BERGEN, TOWN OF - 1853 | County: GENESEE

AFFIRMED UNDER PENALTY OF PERJURY

(Officer's Signature)

Officer's Last Name: PITZ

(Radar Officer's Signature)

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE DATE AND TIME BELOW

BERGEN TOWN COURT

BERGEN

RETURN BY MAIL BEFORE OR IN PERSON ON 07/27/2010

MUST APPEAR IN PERSON

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

COPY

## TO PLEAD BY MAIL (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

## SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, ______ residing at ______ have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury.

Date: ______ Signed: ______

## SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with this ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

YES / NO

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED: NO / SPEEDING / GENERAL

Signature

Address

City ______ State ______ Zip Code ______

NOTE: Mail this Not Guilty Plea within 48 hours. The court will notify you by mail of your appearance date.

APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW

Name of Parent or Guardian

Address

City ______ State ______ Zip Code ______

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU

UTD-1 7 (4/02)

1A480569SP

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

**1A480568SP**

To be completed by Police Officer and given to Motorist

POLICE AGENCY
NEW YORK STATE POLICE
Local Police Code

| Last Name(Defendant) | First Name | M.I. |
|---|---|---|
| WIK | DANIEL | J |

| Number and Street | Apt. No. | Photo Lic Shown |
|---|---|---|
| PO BOX 20822 | | |

| City | State | Zip Code | Owner Oper. | Lic. Class |
|---|---|---|---|---|
| ROCHESTER | NY | 14602 | ◉ | D |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| 280073176 | M | 01/07/2013 |

| Lic State | Date of Birth | Veh Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | 01/07/1972 | 1 | 1999 | PONT | BR |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| ECY2267 | NY | |

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date of Offense | In Violation of |
|---|---|---|
| 8:11 PM | 07/27/2010 | NYS V AND T LAW |

Section Sub Section: 5112A2 — Traf / Misd / Felony — MPH — MPH Zone

Description of Violation: AGGRAVATED UNLIC OPER 2ND DEG.

US DOT#

CDL / Veh / Bus / Haz Mat

Place of Occurrence: BUFFALO RD.

C/T/V Name: BERGEN, TOWN OF - 1953 — County: GENESEE

AFFIRMED UNDER PENALTY OF PERJURY

(Officer's Signature)

Officer's Last Name: FITZ — JAMES

Radar Officer's Signature

THE MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

[illegible]

07/27/2010 — 8:30 PM

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

**COPY**

TO PLEAD BY MAIL
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

residing at ________________

I have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury:

Date ________ Signed ________

SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION ... PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT ... A SUPPORTING DEPOSITION?

Yes ◯ No ◯

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED ... SPEEDING (Gen 100) ◯
GENERAL (Gen 100(A)) ◯

Signature ________

Address ________

City ________ State ________ Zip Code ________

... Not Guilty Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian ________

Address ________

City ________ State ________ Zip Code ________

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU

UTD-1 7 (4/02)

1A480568SP