# CERTIFICATE OF CONVICTION

**STATE OF NEW YORK**  **BERGEN TOWN COURT**
**GENESEE COUNTY**  **CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

    VS.

DANIEL J. WIK; Defendant

CASE NO: 10070055

    Date of Birth:    01/07/1972
    Date of Arrest:   07/27/2010
  Conviction Date:   04/27/2011
 Disposition Date:      /  /

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| VTL 0511 02A4 | VTL 0511 02A4 | 1A480568SP UNLIC OPERATION | Jail (time served) | 500.00 | 0.00 | 85.00 |
| VTL 1180 0D | VTL 1110 0A | 1A480566SP DIS TRFC DEVICE | Fine/SC | 150.00 | 0.00 | 85.00 |
| VTL 0306 B | VTL 0306 B | 1A480567SP NO INSP CERT | Covered | 0.00 | 0.00 | 0.00 |
| VTL 0509 08 | VTL 0509 08 | 1A480569SP FL NTFY ADD CHG | Covered | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of conviction,
I certify that the above named defendant having appeared before
this court was charged as shown above.  Each of the charges was
disposed of as indicated.

Dated: The 30th day of June 2011

[ SEAL ]

_____
Hon. Donald R. Kunego

NOTE: A copy of the request will be filed with this certificate
in the case records.

CAUTION: This information must not be divulged if the case is
sealed or where the defendant has been adjudicated a youthful
offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA