# Driver History Report
# Bergen Town Court

Page 1 of 2

# DMV_Call

| DRIVER INFORMATION: | HISTORY: AS OF 07/29/2010 |
|---|---|
| WIK, DANIEL J<br>PO BOX 20822<br>ROCHESTER    NY 14602 | NOTES: |

SEX: M
DOB: 01/07/1972
EYES: BLUE
HEIGHT: 5-11

M ID#: W09386 15087 25077772
CLIENT: 280-073-176

CLASS: *D*
RSTRCT: NONE
STATUS: SUSPENDED
EXPIRE: 01/07/2013

COUNTY:  MONR

---

SUSP/REV SUMMARY: TOTAL   3 (SCOFFS   3 ON   3 DATES) JUDGEMENT $    0

********************     ACTIVITY     ********************
CLASS CHANGE: 12/27/1991    NEW: *D*    OLD: *5*

********************     SUSPENSIONS/REVOCATIONS     ********************
SUSPENSION: 07/22/2009 FAILURE TO PAY FINE   ORDER #: K00CGFQ
  LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.

SUSPENSION: 02/23/2009 FLD ANSWER SUMMONS   ORDER #: J00CGFQ
  LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.

SUSPENSION: 12/03/2008 FLD ANSWER SUMMONS   ORDER #: T12006G
  LOCATION: GENESEE COUNTY, TOWN OF BERGEN

SUSPENSION: 09/17/2007 FAILURE TO PAY FINE   ORDER #: K021WSP
  LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.
  CLEAR ON: 11/14/2007 SCOFFLAW PAID

SUSPENSION: 09/17/2007 FAILURE TO PAY FINE   ORDER #: K021XSP
  LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.
  CLEAR ON: 11/14/2007 SCOFFLAW PAID

# Driver History Report
# Bergen Town Court

## DMV_Call

SUSPENSION: 08/08/2007 FLD ANSWER SUMMONS    ORDER #: J021WSP
LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.
CLEAR ON: 11/14/2007 SCOFFLAW PAID

SUSPENSION: 08/08/2007 FLD ANSWER SUMMONS    ORDER #: J021XSP
LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.
CLEAR ON: 11/14/2007 SCOFFLAW PAID

******************** CONVICTIONS/BAIL FORFEITURES   ******************
CONVICTION: NO SEAT BELT DRIVER                DEFAULT CONVICTION
 VIOLATION: 09/02/2008    CONVICTED ON: 07/22/2009
LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.
PENALTY: FINE- $50
COMM VEH: NO      HAZMAT: NO

CONVICTION: OP MV - MOBILE PHONE
 VIOLATION: 11/08/2007    CONVICTED ON: 12/04/2007
LOCATION: MONROE COUNTY, TOWN OF RIGA
PENALTY:
COMM VEH: NO      HAZMAT: NO

CONVICTION: UNREG MOT VEH - INF                DEFAULT CONVICTION
 VIOLATION: 06/01/2007    CONVICTED ON: 09/17/2007
LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.
PENALTY: FINE- $115
COMM VEH: NO      HAZMAT: NO

CONVICTION: NO SEAT BELT ADULT                DEFAULT CONVICTION
 VIOLATION: 06/01/2007    CONVICTED ON: 09/17/2007
LOCATION: MONROE COUNTY, ROCHESTER ADMINISTRATIVE ADJ.
PENALTY: FINE- $50
COMM VEH: NO      HAZMAT: NO

*** END OF RECORD ***