**OATH OF OFFICE**

NAME: Kunego, Donald R.
ADDRESS: 46 Kayman Dr, Bergen, NY 14416

OFFICE TITLE: Town Justice — Town of Bergen

EXPIRATION-TERM OF OFFICE: 12/31/2013   MUNICIPALITY: Town of Bergen

STATE OF NEW YORK } ss:
COUNTY OF GENESEE }

I do solemnly swear (affirm) that I will support the Constitution of the United States and the Constitution of the State of New York, and that I will faithfully discharge the duties of the office of

according to the best of my ability.

_____
Authorized Signature

Subscribed and sworn to before me this 15 day of December 2009

NAME: Michele M. Smith
NOTARY PUBLIC

Term Expires:
MICHELE M. SMITH/R. 01SM6187712
Notary Public, State of New York
Qualified in Genesee County
My Commission Expires May 27, 20__

from Genesee County

**TO BE FILED IN THE OFFICE OF THE GENESEE COUNTY CLERK**