UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DANIEL J. WIK,

                                      Plaintiff,                 MOTION SCHEDULING ORDER

-vs-

                                                          11-CV-6205 CJS

DONALD R. KUNEGO, in his personal and
individual capacity,

                                      Defendant.

     A motion for summary judgment [#25] having been filed on April 13, 2012 by the defendant in the above-captioned case, it is hereby

     ORDERED, that any responding papers submitted in connection with this motion be filed and served on or before June 29, 2012; and it is further

     ORDERED, that unless a different date is specified in this Order, the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7.1 and 5.2 (**papers not in compliance will not be considered**); and it is further

     ORDERED, that in accordance with Local Rules of Civil Procedure, Rule 7.3, the Court will not hear oral argument on this motion. A written decision will be rendered after June 29, 2012; and it is further

     **ORDERED, THAT ONE COURTESY COPY OF EACH FILING BE PROVIDED TO THE COURT.**

Dated: Rochester, New York
       May 15, 2012

                                            ENTER:

                                            /s/ Charles J. Siragusa
                                            CHARLES J. SIRAGUSA
                                            United States District Judge