

# GENESEE SUPREME AND COUNTY COURTS

Genesee County Courts Facility
One West Main Street
Batavia, New York 14020
Phone: 585-344-2550, Ext. 2239
Fax: 585-344-8517



RECEIVED
JUL 18 2012
Bergen Town Court

**MARY LOU STRATHEARN**
**CHIEF CLERK**

**LINDA A. VON KRAMER**
**DEPUTY CHIEF CLERK**

July 6, 2012

Justice Court Clerk
Bergen Justice Court
13 South Lake Avenue
Bergen, New York 14416

### RE: Accusatory Instruments filed by Daniel Wik

Dear Clerk;

At a recent Genesee County Court proceeding before the Hon. Mark H. Dadd, Joseph Cardone, Special Prosecutor, elected not to prosecute the citizen filed accusatory instruments. I am therefore enclosing seal orders dismissing and sealing the five accusatory instruments filed by Mr. Wik in the Bergen Town Court. Please contact me if you have any questions regarding these matters.

Very truly yours,

Mary Lou Strathearn
Chief Clerk

/mls
enclosures
c: Joseph Cardone, Esq.