# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| DANIEL J. WIK <br> *Plaintiff* <br> v. <br> DONALD R. KUNEGO, in his personal and individual capacity <br> *Defendant* | ) ) ) ) ) ) Civil Action No.   11-CV-6205 CJS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   the action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Charles J. Siragusa   on a motion for   summary judgment.

Date:   Oct 10, 2012

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*