In the Court as set by Article 3 of the Constitution for the United States of America which court is set for:

## district court of the United States
## FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Daniel J. Wik | | |
| | **Plaintiff,** | **NOTICE OF** |
| v. | | **APPEAL** |
| Donald R. Kunego, | | |
| | | **CASE NO: 6:11-cv-06205 CJS** |
| | **Defendant:** | |

**Notice is hereby given** that Daniel J. Wik, Plaintiff in the district court of the United States action in the above-named case, herby appeals to the United States Court of Appeals for the Second Circuit from all of the decision of this Court entered on October 9, 2012.

On or about November 7, 2012 Plaintiff filed and served Defendant a Motion to Reconsider/Clarify/Object which is still pending in the district court of the United States.

November 8, 2012

                                                Daniel J. Wik

                                                Plaintiff without representation
                                                in propria persona
                                                c/o non-domestic
                                                659 Averill Avenue
                                                Rochester, New York 14607
                                                (585)-957-5902

In the Court as set by Article 3 of the Constitution for the United States of America which court is set for:

## district court of the United States
## FOR THE WESTERN DISTRICT OF NEW YORK

Daniel J. Wik

**Plaintiff,**

v.

Donald R. Kunego

**Defendant:**

**PROOF OF SERVICE**

CASE NO:6:11–cv-06205-CJS

## PROOF OF SERVICE

I, Daniel J. Wik, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that I am at least 18 years of age, and that I personally served the following document(s):

**Notice of Appeal**

by depositing the same properly and securely enclosed in a sealed wrapper one true and correct copy of said document(s) in a post-office box regularly maintained by the United States, and under the care of the post office at Rochester, New York on the 8th of October 2012, with first class postage prepaid and properly addressed to each of the following:

      Lippman O'Connor
      300 Olympic Towers
      300 Pearl Street
      Buffalo, NY 14202

Att: Robert H. Flynn

                              Daniel J. Wik,

*/s/ Daniel J. Wik*

Plaintiff without representation
in propria persona
c/o non-domestic
659 Averill Avenue
Rochester, New York
(585)-957-5902

*Wik v Kunego*         *Page 2 of 2*        *11/8/2012*
*Notice of Appeal*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** Daniel J. Wik v. Donald R. Kunego | **DISTRICT** Western District of New York | **DOCKET NUMBER** 6:11-CV-06205 CJS |
| | **JUDGE** Hon. Charles J. Siragusa | **APPELLANT** Daniel J Wik |
| | **COURT REPORTER** | **PRO SE APPELLANT** |

**Check the applicable provision:**
- ☐ I am ordering a transcript.
- ☒ I am not ordering a transcript

**Reason for not ordering a transcript:**
- ☐ Copy is already available
- ☐ No transcribed proceedings
- ☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (i.e., oral argument, order from the bench, etc.)

Not Applicable
I do not believe any proceedings were conducted relative to this matter

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- ☐ PREPARE TRANSCRIPT OF TRIAL
- ☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- ☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE Daniel J Wik | DATE 11-9-12 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |