# CERTIFICATE OF CONVICTION

**STATE OF NEW YORK**  
**GENESEE COUNTY**

**BERGEN TOWN COURT**  
**CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

  VS.

DANIEL J. WIK; Defendant

CASE NO: 10070055

  Date of Birth:   01/07/1972  
  Date of Arrest:  07/27/2010  
  Conviction Date: 04/27/2011  
  Disposition Date:    /   /

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| VTL 0511 02A4 | VTL 0511 02A4 | 1A480568SP UNLIC OPERATION | Jail (time served) | 500.00 | 0.00 | 85.00 |
| VTL 1180 0D | VTL 1110 0A | 1A480566SP DIS TRFC DEVICE | Fine/SC | 150.00 | 0.00 | 85.00 |
| VTL 0306 B | VTL 0306 B | 1A480567SP NO INSP CERT | Covered | 0.00 | 0.00 | 0.00 |
| VTL 0509 08 | VTL 0509 08 | 1A480569SP FL NTFY ADD CHG | Covered | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of conviction, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 30th day of June 2011

[ SEAL ]

Hon. Donald R. Kunego

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA