AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| DANIEL J. WIK | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11-CV-6205 |
| DONALD R. KUNEGO, in his personal and individual capacity | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

[X] other: as a sanction against Plaintiff Daniel J. Wik under Federal Rule of Civil Procedure 11, judgment is entered against Plaintiff in the amount of $818.00 in favor of Selective Insurance Company of America.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge   Charles J. Siragusa   on a motion for   attorney fees.

Date:   May 1, 2014

CLERK OF COURT

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*